IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID LEE ROSENBERG,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>　　　　　　Defendant. | 4:13-CV-3114<br><br>MEMORANDUM AND ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS |

　　　　The plaintiff, a non-prisoner, has filed an application for leave to proceed in forma pauperis (filing 5). The plaintiff's application demonstrates that he is eligible to proceed in forma pauperis.

　　　　IT IS ORDERED:

　　　　1.　　Plaintiff's application to proceed in forma pauperis (filing 5) is granted, and the complaint shall be filed without payment of fees.

　　　　2.　　The Clerk of the Court shall send a copy of this memorandum and order together with three summons forms and three copies of Form 285 to the plaintiff's attorney of record for service of process on the United States.

　　　　3.　　If requested to do so, the United States Marshal shall serve all process in this case without prepayment of fees from the plaintiff. In making such a request, plaintiff's counsel must complete the Marshal's Form 285, to be submitted to the Clerk of the Court with the completed summons forms. Without those forms, service of process by the Marshall cannot occur.

　　　　4.　　Upon receipt of the completed summons forms and Forms 285, the Clerk shall sign the summonses and forward them, together with copies of the complaint, to the U.S. Marshal for service on the United States.

5.  This order is entered without prejudice to the Court later entering an order taxing costs in this case. No one, including any plaintiff, is relieved by this order from the obligation to pay or to reimburse taxable costs after this action is over.

Dated this 14th day of June, 2013.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge

- 2 -